NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CBT FLINT PARTNERS, LLC,**
*Plaintiff-Appellant,*

v.

**RETURN PATH, INC.,**
*Defendant-Appellee,*

AND

**CISCO IRONPORT SYSTEMS, LLC,**
*Defendant-Appellee.*

---

2012-1460

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 07-CV-1822, Judge Thomas W. Thrash, Jr.

------------------------------------------------------------------------

**CBT FLINT PARTNERS, LLC,**
*Plaintiff-Appellee,*

v.

**RETURN PATH, INC.,**
*Defendant-Appellant,*

CBT FLINT PARTNERS, LLC v. RETURN PATH, INC.                    2

AND

## CISCO IRONPORT SYSTEMS, LLC,
*Defendant-Appellant.*

2012-1594

Appeal from the United States District Court for the Northern District of Georgia in case no. 07-CV-1822, Judge Thomas W. Thrash, Jr.

## ON MOTION

## O R D E R

Return Path, Inc. and Cisco IronPort Systems, LLC move without opposition to dismiss cross-appeal no. 2012-1594.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss appeal no. 2012-1594 is granted. Each side shall bear its own costs.

(2) The revised official caption for appeal no. 2012-1460 is reflected above.

3                    CBT FLINT PARTNERS, LLC v. RETURN PATH, INC.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

Issued As A Mandate (as to 12-1594 only): __OCT 1 1 2012__